1674-14

# ELECTRONIC RECORD

COA # 04-14-00679-CR          OFFENSE: Driving while Intoxicated 3rd

STYLE: Benjamin Alley Moore v. The State of Texas          COUNTY: Bexar

COA DISPOSITION: _____          TRIAL COURT: 186th District Court

DATE: 11/26/2014          Publish: NO          TC CASE #: 2012CR4943

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: «Style1» v. «Style2»          CCA #: 1674-14

_____ PRO SE _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ REFUSED _____          JUDGE: _____

DATE: 03/04/2015          SIGNED: _____     PC: _____

JUDGE: Per Curiam          PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____